

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00212-CR

Richard **VARGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 20th District Court, Milam County, Texas
Trial Court No. CR24573
The Honorable John Youngblood, Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court